UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REGINALD G. ALLEN,**

    Plaintiff,                                  CASE NO.:   8:18-cv-01838-MSS-CPT

v.

**OPPORTUNITY FINANCIAL, LLC,**

    Defendant.
_____/

## **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiff, **REGINALD ALLEN** ("Plaintiff") and Defendant, **OPPORTUNITY FINANCIAL, LLC** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 8th day of January, 2019.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Capri Trigo* |
| Kaelyn Steinkraus, Esq. | Capri Trigo, Esq. |
| FBN: 125132 | Florida Bar No. 0028564 |
| kaelyn@zieglerlawoffice.com | **Gordon Rees Scully Mansukhani LLP** |
| Michael A. Ziegler, Esq. | 100 SE Second Street, Suite 3900 |
| FBN: 74864 | Miami, Florida 33131 |
| mike@zieglerlawoffice.com | (p) (305) 428-5323 |
| **Law Office of Michael A. Ziegler, PL** | (f) (877) 644-6209 |
| 13575 58th St. N., Suite 129 | ctrigo@grsm.com |
| Clearwater FL 33760 | *Attorney for Defendant* |
| (Tel) 727-538-4188 | |
| (Fax) 727-362-4778 | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2019, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132